**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-1485**

UNITED STATES OF AMERICA,

                    Plaintiff – Appellee,

          v.

PAUL J. HARRIS, Esquire,

                    Defendant – Appellant.

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling.  Frederick P. Stamp, Jr., Senior District Judge.  (5:08-cv-00102-FPS)

Submitted: October 20, 2009          Decided:  October 23, 2009

Before TRAXLER, Chief Judge, NIEMEYER, Circuit Judge, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Paul J. Harris, Appellant Pro Se.  Alan McGonigal, Assistant United States Attorney, Wheeling, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Paul J. Harris appeals from the district court's order granting summary judgment in favor of the Government in its action to recover from Harris money owed to the Centers of Medicare and Medicaid Services as a result of third-party payments made to a Medicare beneficiary. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Harris, No. 5:08-cv-00102-FPS (N.D.W. Va. Mar. 26 & June 4, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED